**\*E-Filed  8/19/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RANDALL HUCK,                                                          No. C 10-1845 RS

         Plaintiff,                                                                **ORDER**
  v.

KONE, INC.,

         Defendant.
_____/

      Plaintiff Randall Huck has submitted a document requesting that his motion, originally noticed on the calendar of the then-assigned magistrate, be reset on this Court's calendar. Good cause appearing, the motion shall be heard on **September 23, 2010 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Any reply shall be filed no later than September 9, 2010 and shall not exceed fifteen pages of text. The Court reserves the right to take the matter under submission without oral argument pursuant to Civil Local Rule 7-1(b) and will notify the parties in advance should it choose to do so.

No. C 10-1845 RS
ORDER

The Case Management Conference currently scheduled for August 26, 2010 at 1:30 p.m. shall also be continued to **November 4, 2010 at 10:00 a.m.** The parties shall submit a Joint Case Management Statement one week prior to the Conference.

IT IS SO ORDERED.

Dated: 8/19/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Randall G. Huck**
1631 Lake Street
San Francisco, CA 94121

DATED: 8/19/2010

/s/ Chambers Staff<br>Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.

No. C 10-1845 RS
ORDER