**\*E-Filed 09/20/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RANDALL G. HUCK,                                              No. C 10-1845 RS

        Plaintiff,                                                **ORDER OF REMAND**

  v.

KONE, INC.,

        Defendant.
_____/

The Order granting plaintiff's motion to remand issued on September 17, 2010 is withdrawn. A further order will issue in due course. The matter is submitted without oral argument.

IT IS SO ORDERED.

Dated: 09/20/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-1845 RS
ORDER

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Randall G. Huck**
1631 Lake Street
San Francisco, CA 94121

DATED: 09/20/2010

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.