*E-Filed 4/7/11*

**DYKEMA GOSSETT LLP**
STEPHEN S. MUHICH, (*pro hac vice*)
DAWN N. WILLIAMS, (SBN 267925)
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
Attorneys for Defendant KONE Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL G. HUCK, <br><br> Plaintiff, <br><br> vs. <br><br> KONE Inc., <br><br> Defendant. | Case No. CV 10-01845 JL <br><br> [*Assigned for all Purposes to Richard Seeborg*] <br><br> [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE [L.R. 6-2] <br><br> Initial Mediation Deadline: April 13, 2011 <br> New Mediation Deadline: June 13, 2011 |

### [PROPOSED] ORDER

Upon the agreement of Plaintiff Randall G. Huck and Defendant KONE Inc., and the Court being fully advised in the premises;

IT IS HEREBY ORDERED

That the mediation deadline in this case is continued forty-five (45) days, making the new mediation deadline May 30, 2011.

Dated: 4/7/11

_____
Honorable Richard Seeborg
DISTRICT COURT JUDGE

1
[Proposed] Order Continuing Mediation Deadline