UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDALL G. HUCK,

    Plaintiff,

v.

KONE, INC.,

    Defendant.
_____/

No. C 10-01845 RS (EDL)

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

Plaintiff Randall Huck, who is proceeding pro se, alleges that he was wrongfully terminated from his position as Defendant Kone, Inc.'s Western Regional Environmental Health and Safety Director based on his disability and retaliation. Plaintiff has filed a motion to compel responses to his requests for production of documents. Plaintiff also included a request for sanctions in his motion to compel. Defendant filed an opposition, and Plaintiff has filed a reply. Because this motion is appropriate for decision without oral argument, the Court vacated the July 5, 2011 hearing. For the reasons stated in this Order, Plaintiff's motion to compel is denied.

On March 9, 2011, Plaintiff served his first set of requests for production of documents. Huck Decl. Ex. A. On April 9, 2011, Defendant responded to the requests for production of documents and produced documents. Opp. Ex. A. On June 9, 2011, Defendant produced more documents and states that it has produced all documents that it has that are responsive to Plaintiff's requests. Williams Decl. ¶ 4.

1    Plaintiff primarily argues that he is entitled to his entire personnel record in discovery.
2 Defendant does not dispute that Plaintiff is entitled to his personnel record, and Defendant has stated
3 unequivocally that it has produced all responsive documents, including Plaintiff's personnel records.
4 See Williams Decl. ¶¶ 4-5.  Plaintiff's argument that Defendant has attempted to "sidestep its
5 discovery obligations" and has failed to produce responsive documents is belied by Defendant's
6 counsel's declaration and the documents attached to the opposition showing that responsive
7 documents were produced in April and June 2011.  Williams Decl. ¶ 4; Opp. Ex. A.
8    Plaintiff also argues that he has not received a privilege log from Defendant even though
9 Defendant objected to the discovery on the grounds that the information sought was proprietary.
10 Defendant, however, has stated that it is not withholding any documents.  Williams Decl. ¶ 5.  Thus,
11 Plaintiff's privilege log argument is moot.
12    Accordingly, Plaintiff's motion is denied as moot.  Further, Plaintiff's request for sanctions is
13 denied because Plaintiff failed to comply with Civil Local Rule 7-8.
14 **IT IS SO ORDERED.**
15 Dated: June 29, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge