**\*E-Filed 7/12/11 \***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL HUCK, | No. C 10-1845 RS |
| Plaintiff, | **ORDER RE: DISCOVERY DEADLINES** |
| v. | |
| KONE, INC., | |
| Defendant. | |

Unable to obtain a stipulation with the plaintiff, defendant Kone filed a motion to continue all discovery deadlines by sixty (60) days. Plaintiff did not file papers in opposition. Good cause appearing, the cut off for expert and non-expert discovery shall be continued from June 30, 2011 to **August 31, 2011**. The deadline for plaintiff to disclose expert testimony and reports shall be continued from May 30, 2011 to **July 30, 2011**, and the defendant's corresponding expert disclosure deadline shall be continued from June 16, 2011 to **August 16, 2011**. All other dates remain in place.

IT IS SO ORDERED.

Dated: 7/12/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-1845 RS
ORDER

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Randall G. Huck**
1631 Lake Street
San Francisco, CA 94121

DATED: 7/12 /2011

/s/ Chambers Staff
Chambers of Judge Richard Seeborg